IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

        Plaintiff,                    No. 2:09-cv-1523 LKK AC P

    vs.

L. ZAMUNDIO, et al.,

        Defendants.            <u>ORDER</u>

                              /

        By order filed on September 21, 2012, defendants' motion to dismiss was denied as to defendants Forsterer, Hill and Walker. These defendants must file an answer to plaintiff's second amended complaint within thirty days of the date of service of this order.

        IT IS SO ORDERED.

DATED: December 3, 2012.

                                                                 /s/
                                                              ALLISON CLAIRE
                                                             UNITED STATES MAGISTRATE JUDGE

AC:009
harr1523.ord