UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ZAMUDIO, et al.,<br><br>　　　　　Defendants. | No.  2:09-cv-1523 LKK AC P<br><br><br>ORDER |

　　　By concurrently filed order, a settlement conference in this matter has been scheduled for February 6, 2015.  Therefore, the pending Pretrial Conference date of January 30, 2015, as set forth in the November 7, 2014 <u>Further Scheduling Order</u>, ECF No. 80, is hereby VACATED.  In the event the parties are unable to reach a settlement, the Pretrial Conference is herein RE-SET for March 6, 2015.  Plaintiff's pretrial statement and any motions necessary to obtain the attendance of witnesses at trial will now be due on February 13, 2015.  Defendants' pretrial statement must be filed by no later than February 27, 2015.  At this time, the jury trial remains set for June 8, 2015 at 9:00 a.m. before the Honorable Troy L. Nunley.

　　　IT IS SO ORDERED.

DATED: November 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE