UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS, | No. 2:09-cv-01523 TLN AC P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| L. ZAMUDIO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 18, 2015, plaintiff filed a motion to appoint counsel.  ECF No. 98.  The court found that the appointment of counsel is warranted and granted plaintiff's motion.  ECF No. 100.  Donald A. Lancaster, Jr. has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

Pursuant to this court's April 3, 2015 order (ECF No. 100), counsel for plaintiff may file an amended pretrial statement within thirty days.  In addition to the matters already required to be addressed in the pretrial statement in accordance with Local Rule 281, any amended pretrial statement should also address whether counsel intends to move to amend the complaint and whether and to what extent he intends to seek to re-open discovery.  If counsel chooses not to file an amended pretrial statement, he must nonetheless file a notice with the court addressing any intent to seek amendment of the complaint or re-opening of discovery.  Further orders will issue

upon the filing of plaintiff's amended pretrial statement or notice.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster, Jr. is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 21900 Burbank Blvd., 3rd Floor, Woodland Hills, California 91367.

4. Within thirty days of the filing of this order, counsel for plaintiff may file an amended pretrial statement. Any amended pretrial statement must address the matters outlined in Local Rule 281, as well as whether he intends to move to amend the complaint and whether and to what extent he intends to seek to re-open discovery. If counsel chooses not to file an amended pretrial statement, then within thirty days, he must instead file a notice with the court addressing any intent to amend the complaint and re-open discovery.

DATED: April 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE