1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE B. HARRIS,                          No.  2:09-cv-1523 TLN AC P

12                  Plaintiff,

13        v.                                     ORDER

14   L. ZAMUDIO, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant

18   to 42 U.S.C. § 1983.

19          On May 20, 2015, pursuant to this court's order, plaintiff filed notices advising the court

20   of his intent to seek leave to file an amended complaint and re-open discovery.  ECF Nos. 103,

21   104.  Plaintiff advised that he would seek leave to amend and re-open discovery by August 28,

22   2015.  Id.  On June 6, 2015, the parties filed a stipulation for the re-opening of discovery with a

23   new discovery cut-off date of November 15, 2015.  ECF No. 105.  The parties did not agree to

24   August 28, 2015, as the deadline for plaintiff to move to amend the complaint.  Id.

25          Plaintiff's request for an August 28, 2015 deadline to seek to amend the complaint will be

26   granted in part, and plaintiff will be given sixty days to file a motion to amend the complaint.

27   The court will approve the parties' stipulation, and discovery shall be re-opened with a new

28   deadline of November 15, 2015.  The jury trial set for January 11, 2016, before the Honorable

1

1    Troy L. Nunley, will be vacated.  Pretrial conference and trial dates will be re-set, as appropriate,

2    following resolution of any motion to amend or the expiration of the time for filing such a

3    motion.  Additionally, since plaintiff is now represented by counsel, Local Rule 230(l) shall no

4    longer govern motions in this case and they shall instead be governed by the other provisions of

5    Local Rule 230.

6              Accordingly, IT IS HEREBY ORDERED that:

7              1.  Motions in this case are no longer governed by Local Rule 230(l) and the other

8    provisions of Local Rule 230 shall govern motions going forward.

9              2.  Plaintiff's request for an August 28, 2015 deadline to seek leave to amend the

10    complaint (ECF No. 103) will be granted in part, and plaintiff shall have sixty days from the

11    filing of this order to file and serve a motion for leave to amend the complaint.  Any requests for

12    extension must be supported by good cause, related to the substance of the pending proposed

13    amendments.

14             3.  Pursuant to the stipulation of the parties (ECF No. 105), discovery is re-opened.

15    Discovery shall be completed, and all motions pertaining to discovery shall be noticed for

16    hearing, by November 15, 2015.

17             4.  The jury trial set for January 11, 2016, at 9:00 a.m. before the Honorable Troy L.

18    Nunley, is hereby vacated.  Pretrial conference and trial dates will be re-set, as appropriate,

19    following resolution of any motion to amend or the expiration of the time for filing such a

20    motion.

21    DATED: June 11, 2015

22    _____
      ALLISON CLAIRE
23    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2