UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>              Plaintiff,<br><br>     v.<br><br>L. ZAMUDIO, et al.,<br><br>              Defendants. | No.  2:09-cv-1523 TLN AC P<br><br><br><br>ORDER |

The parties have submitted a stipulation to extend the discovery cut-off date from November 15, 2015, to January 15, 2016.  ECF No. 110.  The court will grant the stipulation.  Any further requests for extension must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time (ECF No. 110) is granted;

2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed for hearing, by January 15, 2015.

3. All other deadlines shall remain unchanged.

DATED: November 16, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE