IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**L. ZAMUDIO, JR, et al.,**<br><br>Defendants. | Case No. 2:09-CV-1523 TLN-AC<br><br>[PROPOSED] **ORDER CHANGING DISCOVERY DEADLINES** |

The parties have submitted a stipulation to allow limited discovery after the discovery cut-off date of January 15, 2016.  Good cause appearing, the stipulation is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. All motions pertaining to discovery shall be filed by February 29, 2016;

2. Plaintiff's initial disclosure's shall be served no later than January 29, 2016;

3. The deposition of Defendant Walker and any witnesses identified in Plaintiff's initial disclosures shall occur no later than February 19, 2016.

4. All other deadlines shall remain unchanged.

DATED: January 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1