1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
DEVONTE B. HARRIS,

No. 2:09-cv-1523 TLN AC P

12
Plaintiff,

13
v.

ORDER TO FACILITATE
TELEPHONE CALL

14
L. ZAMUDIO, et al.,

15
Defendants.

16

17
     Plaintiff is a state prisoner represented by court appointed counsel Donald A. Lancaster,

18
Jr., and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  Communication

19
between Mr. Lancaster and his client is required to complete the discovery process.  By this order,

20
the court directs the Warden and the correctional staff at California State Prison, Corcoran

21
(COR), to facilitate a confidential telephone call between appointed counsel Mr. Lancaster and

22
inmate Devonte B. Harris (P-73399).

23
     In accordance with the above, IT IS HEREBY ORDERED that:

24
     1.     The Warden, Litigation Coordinator, and other correctional staff as needed at

25
COR, shall facilitate a confidential telephone call between Devonte B. Harris and attorney Donald

26
A. Lancaster, Jr.

27
     2.     The confidential telephone call shall be placed on **Monday, March 21, 2016**, to

28
begin at **10:00 a.m**. and shall continue, without interruption, for a maximum of 90 minutes or

1  until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling

2  Mr. Lancaster at (310) 345-9613.

3      3.    The telephone conversation shall be a confidential communication between

4  attorney and client and conducted so as not to be overheard by correctional staff or others.

5  Correctional staff, however, may keep inmate Harris under visual surveillance during the

6  conversation.

7      4.    Failure to comply with this order may result in an order requiring the Warden of

8  COR, or others responsible for the failure to comply, to appear before the court to show cause

9  why sanctions should not be imposed against them.

10      5.    The Clerk of the Court is ordered to serve this order by facsimile (559) 992-7372

11  and email on the Warden and Litigation Coordinator at COR.

12  DATED: March 14, 2016

13  _____

14  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2