IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Devonte B. Harris

          Plaintiff(s)

vs.

L. Zamudio, et al.,

          Defendants.

No. 2:09-cv-01523 TLN AC (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Aquinas Lancaster, Jr., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 17, 2015, by the Honorable Allison Claire, United States District Judge/Magistrate Judge.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

Defendants denied Mr. Harris out-of-cell exercise in 2005. Expert testimony is necessary to substantiate claims of violation of CDCR policy and effects on inmate health. Mr. Harris, by and though counsel, proposes to use Dan Vasquez as a corrections expert witness. The following fees will be necessary: (a) case review: 9 hours at $165.00 per hour subtotal $1,485.00; (b) court appearance 2 days at $800.00 per day, subtotal $1,600.00; (c) travel time from Antioch to/from Sacramento for 4 hours at $35.00 per hour, subtotal $175.00; total amount for corrections expert, $3,260.00. Mr. Harris proposes Arnold S. Leff, M.D. as his medical expert regarding physical effects of the lack of out-of-cell exercise. . Dr. Leff requires a $3,000.00 retainer for the 5 hours and $600.00 per hour thereafter. For document review, 1 hour; trial, 2 hours; travel 4 hours (from San Jose); 7 hours for a total of $4,200.00. The total amount necessary for expert witnesses is 7,460.00.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 8,000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:09-cv-01523 TLN AC (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of May, 20 16, at San Leandro, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: June 1, 2016

_[signature] Allison Clare_
United States District Judge/Magistrate Judge