UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>L. ZAMUDIO, et al.,<br><br>  Defendants. | No.  2:09-cv-1523 TLN AC P<br><br><br>ORDER |

Defendants have filed a motion to shorten the time for a hearing on a motion to compel production of plaintiff's expert reports. ECF No. 145.  They request that their motion to compel be heard on August 24, 2016, at the same time as the hearing on their motion for leave to file a second motion for summary judgment. Id.  Defendants assert that it is necessary to hear the motion on an expedited basis because trial is currently set for October 17, 2016, and a regularly noticed motion would not be heard until September 7, 2016, which would not allow sufficient time to conduct expert depositions and prepare rebuttal reports.  Id. at 4.

Upon consideration of defendants' motion, the court will hear defendants' motion to compel on August 24, 2016.  The parties joint statement shall be submitted by August 17, 2016, as outlined in Local Rule 251(c). In addition to addressing the motion for leave to file a second motion for summary judgment and the motion to compel, the parties should be prepared to discuss case management generally and the status of the case overall.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to shorten the time to hear their motion to compel (ECF No. 145) is granted. The motion to compel shall be heard on August 24, 2016, at 11:00 a.m.

2. The August 24, 2016 hearing will also include a discussion of case management and case status generally.

DATED: August 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE