UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS, | No. 2:09-cv-1523 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| L. ZAMUDIO, et al., | |
| Defendants. | |

The parties have submitted their notices advising whether they will consent to Magistrate Judge jurisdiction and whether they will waive disqualification of the undersigned acting as settlement judge. ECF Nos. 154, 155. Since both parties have not consented to Magistrate Judge jurisdiction and waived disqualification, trial will be re-set before the assigned District Judge and another Magistrate Judge has been assigned for purposes of conducting a settlement conference. A separate order and writ of habeas corpus ad testificandum will issue at a later date to provide for plaintiff's attendance at the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Trial is set for September 18, 2017, at 9:00 a.m. in Courtroom #2 before the Honorable Troy L. Nunley.

2. A settlement conference has been set for November 14, 2016, at 9:30 a.m. in Courtroom #24 before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I

1

1  Street, Sacramento, California 95814.

2      3. Parties are instructed to have a principal with full settlement authority present at the
3  Settlement Conference or to be fully authorized to settle the matter on any terms. The individual
4  with full authority to settle must also have "unfettered discretion and authority" to change the
5  settlement position of the party, if appropriate. The purpose behind requiring the attendance of a
6  person with full settlement authority is that the parties' view of the case may be altered during the
7  face to face conference. An authorization to settle for a limited dollar amount or sum certain can
8  be found not to comply with the requirement of full authority to settle.

9      4. Parties are directed to submit confidential settlement statements no later than
10  November 7, 2016, to ckdorders@caed.uscourts.gov. If a party desires to share additional
11  confidential information with the Court, they may do so pursuant to the provisions of Local Rule
12  270(d) and (e). Parties are also directed to file a "Notice of Submission of Confidential
13  Settlement Statement." See L.R. 270(d).

14      Settlement statements should not be filed with the Clerk of the Court nor served on any
15  other party. Settlement statements shall be clearly marked "confidential" with the date and time
16  of the settlement conference indicated prominently thereon.

17      The confidential settlement statement shall be no longer than five pages in length, typed,
18  and include the following:

19      a.    A brief statement of the facts of the case.

20      b.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon
21  which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on
22  the claims and defenses; and a description of the major issues in dispute.

23      c.    A summary of the proceedings to date.

24      d.    An estimate of the cost and time to be expended for further discovery, pretrial, and
25  trial.

26      e.    The relief sought.

27      f.    The party's position on settlement, including present demands and offers and a
28  history of past settlement discussions, offers, and demands.

      g.    A brief statement of each party's expectations and goals for the settlement conference.

DATED: September 6, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE