1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEVONTE B. HARRIS,                           No.  2:09-cv-1523 TLN AC P

12                    Plaintiff,

13           v.                                    ORDER

14    L. ZAMUDIO, et al.,

15                    Defendants.

16

17          The parties in this action have filed a stipulation for voluntary dismissal with prejudice

18    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 158.  The parties are to

19    bear their own costs and attorney's fees.  Id.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.  All dates are vacated.

22          2.  The Order & Writ of Habeas Corpus Ad Testificandum filed September 26, 2016,

23    directing the Warden of California State Prison (CSP) – Corcoran to produce plaintiff on

24    November 14, 2016 (ECF No. 157), is vacated.

25          3.  The Clerk of the Court is directed to serve a courtesy copy of this order on the Warden

26    of CSP – Corcoran at P.O. Box 8800, Corcoran, CA 93212, and the Out-To-Court Desk,

27    California State Prison – Sacramento, P.O. Box 290007, Represa, California 95671.  The Clerk of

28    ////

1

1    the Court shall also fax a courtesy copy of this order to the Litigation Coordinator at CSP –

2    Corcoran at (559) 992-7372.

3    DATED: October 18, 2016

4    _____

     ALLISON CLAIRE

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28